# BURSOR & FISHER
P.A.

1330 AVENUE OF THE AMERICAS,
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

June 6, 2024

*Via ECF*

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Demmerle v. Legoland New York LLC*, Case No. 23-cv-11141-KMK (S.D.N.Y.)

Dear Judge Karas,

I write jointly with Defendant pursuant to Rules 1.A and 1.C of your Honor's Individual Rules to request that the Court extend Plaintiffs' deadline to file their motion for preliminary approval by 30 days, i.e., until July 8, 2024.

As the Court may recall, on May 9, 2024, the Parties filed a notice of settlement to inform the Court that they had agreed to the material terms of a class action settlement and that Plaintiffs anticipated filing a motion for preliminary approval on or before June 7, 2024 (ECF No. 16). Since that time, the Parties have worked diligently to finalize the full form settlement agreement but due to Defendant's scheduling conflicts in other matters, and the need to consult with the proposed settlement administrator on issues of class settlement administration, the Parties have been unable to finalize the full form settlement agreement yet. However, the Parties are confident that they will be able to finalize the full form settlement within 30 days, and thus request that the Court extend the deadline for Plaintiffs to file their motion for preliminary approval until July 8, 2024.

The Parties appreciate the Court's time and attention to this matter.

Granted.
So Ordered.
[signature]
6/6/24

Very truly yours,

[signature]

Philip L. Fraietta

CC:   All counsel of record (via ECF)