UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER DEMMERLE, RONNIERY DE LA CRUZ, and PENG LI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>LEGOLAND NEW YORK, LLC and LEGOLAND DISCOVERY CENTERS US LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No. 7:23-cv-11141-KMK<br><br>Hon. Kenneth M. Karas |

**NOTICE OF UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law; and (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement); Plaintiffs Christopher Demmerle, Ronniery De La Cruz, and Peng Li, through their undersigned attorneys, will move this Court, before the Honorable Kenneth M. Karas, United States District Court Judge, Southern District of New York, at the Courtroom 521 at the Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Philip L. Fraietta and Stefan Bogdanovich of Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Christopher Demmerle,

Ronniery De La Cruz, and Peng Li as the Class Representatives for the Settlement Class; and (v) granting such other, further, or different relief as the court deems just and proper.

\* \* \*

A Proposed Preliminary Approval Order is submitted herewith.

Dated: July 8, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:  */s/ Philip L. Fraietta*
        Philip L. Fraietta

Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice forthcoming*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Proposed Class Counsel*