

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@diapiper.com
T: 212-335-4632

December 5, 2024

*VIA ECF*

The Honorable Kenneth M. Karas
U.S. District Court for the Southern District of New York
Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> **Re:** *Demmerle et al. v. Legoland New York, LLC*, No. 7:23-cv-11141 (S.D.N.Y.) –
> **Consent Letter Request for Adjournment of January 15, 2025 Hearing**

Dear Judge Karas:

We represent defendant LEGOLAND New York LLC ("LEGOLAND") in the above-referenced action and write pursuant to Section I.C of Your Honor's Individual Rules of Practice with the consent of plaintiffs to request an adjournment of the January 15, 2025 hearing regarding Plaintiffs' Motion for Settlement Class Certification and Preliminary Approval of a Class Action Settlement ("Hearing") due to immovable conflicts on behalf of LEGOLAND's counsel. (Dkt. Nos. 21, 22, 29.)

LEGOLAND's counsel of record have immovable conflicts with the scheduled Hearing date and seek an adjournment of the Hearing to the following week. This is LEGOLAND's first request for an adjournment of the Hearing. The parties have met and conferred and are available to appear the following week with a preference for either January 22 or January 23, 2025, if it works with the Court's schedule.

We appreciate the Court's consideration of this request.

*Granted. The conference will be held on January 23, 2025 at 3:00 p.m.*

**SO ORDERED.**

**HON. KENNETH M. KARAS  U.S.D.J.**

*12/6/2024*

Respectfully submitted,

By: */s/* Keara M. Gordon

Keara M. Gordon
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th
Floor
New York, NY 10020
Telephone: (212)-335-4632
Facsimile: (212)-884-8632



Email: Keara.Gordon@dlapiper.com

*Attorney for Defendant LEGOLAND New York LLC*