UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER DEMMERLE, RONNIERY DE LA CRUZ, and PENG LI, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>LEGOLAND NEW YORK, LLC and LEGOLAND DISCOVERY CENTERS US LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 7:23-cv-11141-KMK<br><br>Hon. Kenneth M. Karas |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 7, 2025, at 11:00 AM, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, at 300 Quarropas St., White Plains, New York 10601, Plaintiffs Christopher Demmerle, Ronniery De La Cruz, and Peng Li ("Plaintiffs"), by and through Class Counsel, will move and hereby do move for an order granting final approving the settlement in this action and entering final judgment in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support, the Declaration of Philip L. Fraietta, and the Declaration of Cameron R. Azari, with annexed exhibits.

Dated:  April 23, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

By:    */s/ Philip L. Fraietta*
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*